UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20486-CR-UNGARO

UNITED STATES OF AMERICA

v.

SHAQUEVIA GILMORE,

    Defendant.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendant's Motion to Suppress Physical Evidence and Statements. (D.E. 20.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised of the premises.

This matter was referred to Magistrate Judge Edwin G. Torres, who, on October 3, 2011, held an evidentiary hearing on the Motion. On October 4, 2011, the Magistrate Judge issued a Report setting forth his findings of fact and conclusions of law and recommending that the Motion be denied. (D.E. 30.)

The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed. After conducting a *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 30) is RATIFIED, ADOPTED, AND AFFIRMED: Defendant's Motion to Suppress Physical Evidence and Statements (D.E. 20) is DENIED.

DONE and ORDERED in Chambers, at Miami, Florida this 14th day of October, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT COURT

copies provided:
Counsel of record